| | |
|---|---|
| 1 | DANIEL G. BOGDEN |
| 2 | United States Attorney |
| | ROBERT KNIEF |
| 3 | Assistant United States Attorneys |
| | 333 Las Vegas Blvd. South |
| 4 | Suite 5000 |
| | Las Vegas, Nevada 89101 |
| 5 | (702) 388-6336 |
| | Fax: (702) 388-6698 |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 2:14-MJ-0379-NJK |
| | ) | |
| vs. | ) | |
| | ) | |
| DAREN COLE, | ) | **MOTION TO DISMISS COMPLAINT** |
| | ) | |
| Defendant. | ) | |

COMES NOW the United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and ROBERT A. KNIEF, Assistant United States Attorney, and files this Motion to Dismiss the Complaint as against defendant DAREN COLE pursuant to Fed. R. Crim. P. 48(a). Upon review of the entire record, the United States has determined that, in the best interests of justice, the foregoing Complaint should be dismissed without prejudice as against defendant DAREN COLE.

1

WHEREFORE, the United States requests that this Court confer its leave, as required under Rule 48(a) of Federal Rules of Criminal Procedure, and grant this Motion to Dismiss the Complaint as against defendant DAREN COLE.

Dated this 23rd day of June, 2014.

        Respectfully submitted,

        DANIEL G. BOGDEN
        United States Attorney

        /s/ Robert Knief

        _____
        ROBERT KNIEF
        Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

The Preliminary Hearing set for 4:00 p.m. on June 23, 2014, is hereby **VACATED**.

IT IS SO ORDERED.

DATED: June 23, 2014.

        _____
        NANCY J. KOPPE
        United States Magistrate Judge

2